United States District Court
Northern District of California

1
2
3
4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    GARY FISHER,                              Case No.  14-cv-01174-WHO (PR)
                    Petitioner,
8
                                              **ORDER OF DISMISSAL**
         v.
9
10   J. BROWN,

                    Respondent.
11

12

13         Petitioner Fisher has failed to comply with the Court's order to perfect his

14   application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00.  The

15   IFP application is deficient because Fisher has not submitted (1) the correct IFP form,

16   (2) a Certificate of Funds completed and signed by an authorized prison officer, and

17   (3) a prison trust account statement showing transactions for the last six months.

18   Accordingly, the action is DISMISSED without prejudice for failing to respond to the

19   Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b).  Because this

20   dismissal is without prejudice, Fisher may move to reopen the action.  Any such motion

21   **must** contain (1) the three documents listed above, **or** (2) full payment for the filing fee of

22   $5.00.  Fisher's IFP application (Docket No. 2) is DENIED as incomplete.  The Clerk shall

23   terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

24         **IT IS SO ORDERED.**

25   **Dated:**  April 23, 2014

26                                        _____
                                         WILLIAM H. ORRICK
27                                       United States District Judge

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,

                Plaintiff,

   v.

J BROWN et al,

                Defendant.

_____/

Case Number: CV14-01174 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Fisher F85263
Pelican Bay State Prison B-2-105
P.O. Box 7000
Crescent City, CA 95532

Dated: April 23, 2014

*Jean M. Davis*
Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk